KENITA LAVETTE MCLEMORE, )
)
v. ) 3:10-1105
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

     Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be granted and this action be remanded, Document #24, the objections filed by Social Security Administration, Document #25, and the Plaintiff's response to those objections, Document #26.

     The Court has read and considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion for Judgment by the Plaintiff, Document #14, is **GRANTED** and this case is **REMANDED** to the Commissioner for reconsideration to include the treatment and opinions of Dr. Suggs.

     It is so **ORDERED**.

                                     Thomas A. Wiseman, Jr.
                                     Senior U.S. District Judge