IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENITA L. McLEMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 3:10-01105 ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

### O R D E R

Before the Court is Plaintiff's Application for Attorney Fees, Document #29. Subsequent to the Plaintiff's filing of this Motion, the parties submitted a Joint Motion For An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #31. The Joint Motion indicates that the parties have reached an appropriate settlement for attorney fees and costs in the amount of $4,000.00 and said Motion, Document #31, is **GRANTED**.

Accordingly, the Plaintiff is awarded $4,000.00 (four thousand and 00/100) in attorney fees to be charged against the Defendant in this action and paid in the name of Plaintiff, Kenita L. McLemore, and sent to her attorney's office. Plaintiff's Application for Attorney Fees, Document #29, is **DENIED** as moot.

**IT IS SO ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge